IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WILLIAM THOMAS JORDAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-11-3622 |
| | § | |
| MICHAEL J. ASTRUE, | § | |
| COMMISSIONER OF SOCIAL SECURITY, | § | |
| | § | |
| Defendant. | § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION AND REMANDING

This court has reviewed the Memorandum and Recommendation of the United States Magistrate Judge signed on February 15, 2013 and has made a *de novo* determination of the Magistrate Judge's recommended disposition. Rule 72(b), Fed. R. Civ. P.; 28 U.S.C. § 636(b)(1)(C); *United States v. Wilson*, 864 F.2d 1219 (5th Cir. 1989). No objections have been filed. This court adopts the Memorandum and Recommendation as this court's Memorandum and Order and finds that remand is required for the Administrative Law Judge properly to assess the plaintiff's VA disability determinations. This court grants the plaintiff's motion for summary judgment and denies the defendant's motion to the extent of requiring a remand. This case is remanded to the Social Security Commission for further proceedings consistent with the Memorandum and Recommendation of the Magistrate Judge, adopted as the Memorandum and Opinion of this court.

SIGNED on March 6, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge